| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| MAR -- 2006 **TRANSFER OF JURISDICTION** | | 5:03-836 (006)MBS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | **CR 06 125** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lena Maria Pizarro<br>Unknown | South Carolina | |
| | NAME OF SENTENCING JUDGE | **GLEESON, J.** |
| | Margaret B. Seymour | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>January 28, 2004 | TO<br>January 27, 2006 |

OFFENSE

Making False Statements in Regard to the Acquisition of Firearms by Licensed Dealers and Aiding and Abetting (18 USC 922(a)(2), and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 23, 2006                                        *Margaret B. Seymour*
Date                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/1/06                                                  s/John Gleeson
Effective Date                                          United States District Judge

(Form Revised in WP80 by D/SC - 9/97)

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 5:03-836 (006)MBS |
| | | DOCKET NUMBER |
| | | **CR 06 128** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lena Maria Pizarro<br>Unknown | South Carolina | **GLEESON, J.** |
| | NAME OF SENTENCING JUDGE | |
| | Margaret B. Seymour | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 28, 2004 — TO January 27, 2006 |

**OFFENSE**

Making False Statements in Regard to the Acquisition of Firearms by Licensed Dealers and Aiding and Abetting (18 USC 922(a)(2), and 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 23, 2006                                        *Margaret B. Seymour*
Date                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                          United States District Judge

(Form Revised in WP80 by D/SC - 9/97)


UNITED STATES PROBATION
Eastern District of New York

Tony Garoppolo
Chief U.S. Probation Officer

Andrew S. Bobbe
Eileen Kelly
Sr. Deputy Chief U.S. Probation Officers

Michael J. Glatthaar
Deborah A. Donovan
Deputy Chief U.S. Probation Officers

Reply to:

75 Clinton Street, Room 405
Brooklyn, NY 11201-4201
Tel. No. (347) 534-3400
Fax No. (347) 534-3509

Branch Offices:

111 Livingston Street
Brooklyn, NY 11201-4201
Tel. No. (347) 534-3660
Fax No. (347) 534-3680

202 Federal Plaza
P.O. Box 9012
Central Islip, NY 11722-9012
Tel. No. (631) 712-6300
Fax No. (631) 712-6395

February 28, 2006

 CR 06 125

Mr. Robert C. Heinemann
Clerk of Court
225 Cadman Plaza
Brooklyn, NY 11201

U.S. DISTRICT COURT
FEB 28 2006
BROOKLYN OFFICE

RE: PIZZARO. Lena
**TRANSFER OF JURISDICTION**

Dear Mr. Heinemann:

GLEESON, J.

Reference is made to the above cited individual who is currently under supervision by this office. This offender was originally sentenced in the District of South Carolina.

Enclosed please find two original Probation Form 22's ordering jurisdiction of this case to be transferred to the Eastern District of New York. We are requesting that this case be opened and assigned in the ED/NY.

If you require anything further, please contact the undersigned officer at (347) 534-3453.

Very truly yours,

Tony Garoppolo
Chief U.S. Probation Officer

Mary A. Mac Culloch
U.S. Probation Officer